# Earnings Statement

**ADP**

RESTAURANT GROUP PAYROLL - MO, LLC
18803 MEISNER DR.
SAN ANTONIO, TX 78258

| | |
|---|---|
| Period Beginning: | 03/16/2025 |
| Period Ending: | 03/29/2025 |
| Pay Date: | 04/04/2025 |

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Tax blocked

**CANDI COOPER**
**4203 E 50TH TERRACE**
**KANSAS CITY MO 64130**

## Earnings

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2221.16 | 80.00 | 2,221.16 | 12,438.49 |
| Goal Bonus | | | | 150.00 |
| Misc Bonus | | | | 300.00 |
| P.T.O. | | | | 2,665.39 |
| P&L Bonus | | | | 62.37 |
| **Gross Pay** | | | **$2,221.16** | 15,616.25 |

Your federal taxable wages this period are
$2,179.10

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 80.00 | |

**Important Notes**

BASIS OF PAY: SALARY

**Additional Tax Withholding Information**

Taxable Marital Status:
  MO:           Single
Exemptions/Allowances:
  MO:           0(Head of Household)

## Deductions

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Social Security Tax | -135.10 | 949.95 | |
| Medicare Tax | -31.60 | 222.17 | |
| MO State Income Tax | -55.00 | 388.00 | |
| Kansas City Income Tax | -21.79 | 153.21 | |
| Federal Income Tax | | 144.57 | |
| **Other** | | | |
| Den Pre Tax | -12.63* | 88.41 | |
| Hospital Indem | -6.18* | 43.26 | |
| Med Pre Tax | -20.00* | 140.00 | |
| Vis Pre Tax | -3.25* | 22.75 | |
| **Net Pay** | | **$1,935.61** | |
| CHECKING | | -1,935.61 | |
| **Net Check** | | **$0.00** | |

**\* Excluded from federal taxable wages**

© 2000 ADP, Inc.

RESTAURANT GROUP PAYROLL - MO, LLC
18803 MEISNER DR.
SAN ANTONIO, TX 78258

| | |
|---|---|
| **Advice number:** | **00000140051** |
| Pay date: | 04/04/2025 |



Deposited to the account of

| | account number | transit ABA | amount |
|---|---|---|---|
| **CANDI COOPER** | xxxxxx1718 | xxxx xxxx | $1,935.61 |

**NON-NEGOTIABLE**

# Earnings Statement

**ADP®**

RESTAURANT GROUP PAYROLL - MO, LLC
18803 MEISNER DR.
SAN ANTONIO, TX 78258

| | | |
|---|---|---|
| Period Beginning: | 03/30/2025 |
| Period Ending: | 04/12/2025 |
| Pay Date: | 04/17/2025 |

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Tax blocked

**CANDI COOPER**
**4203 E 50TH TERRACE**
**KANSAS CITY MO 64130**

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2221.16 | 80.00 | 2,221.16 | 14,659.65 |
| Goal Bonus | | | | 150.00 |
| Misc Bonus | | | | 300.00 |
| P.T.O. | | | | 2,665.39 |
| P&L Bonus | | | | 62.37 |
| **Gross Pay** | | | **$2,221.16** | 17,837.41 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -135.11 | 1,085.06 |
| | Medicare Tax | -31.59 | 253.76 |
| | MO State Income Tax | -55.00 | 443.00 |
| | Kansas City Income Tax | -21.79 | 175.00 |
| | Federal Income Tax | | 144.57 |
| | **Other** | | |
| | Den Pre Tax | -12.63* | 101.04 |
| | Hospital Indem | -6.18* | 49.44 |
| | Med Pre Tax | -20.00* | 160.00 |
| | Vis Pre Tax | -3.25* | 26.00 |
| | **Net Pay** | **$1,935.61** | |
| | CHECKING | -1,935.61 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are
$2,179.10

**Other Benefits and**
| Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 80.00 | |

**Important Notes**
BASIS OF PAY: SALARY

**Additional Tax Withholding Information**
Taxable Marital Status:
  MO:     Single
Exemptions/Allowances:
  MO:     0(Head of Household)

**\* Excluded from federal taxable wages**

© 2000 ADP, Inc.

RESTAURANT GROUP PAYROLL - MO, LLC
18803 MEISNER DR.
SAN ANTONIO, TX 78258

| | |
|---|---|
| **Advice number:** | **00000167050** |
| Pay date: | 04/17/2025 |



**Deposited to the account of**
**CANDI COOPER**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx1718 | xxxx xxxx | $1,935.61 |

**NON-NEGOTIABLE**

DEY   233431   WINGST   000180052

# Earnings Statement

**ADP**®

RESTAURANT   GROUP   PAYROLL   - MO, LLC
18803  MEISNER  DR.
SAN ANTONIO,  TX 78258

| | |
|---|---|
| Period Beginning: | 04/13/2025 |
| Period Ending: | 04/26/2025 |
| Pay Date: | 05/02/2025 |

Filing Status: Single/Married   filing separately
Exemptions/Allowances:
　Federal: Tax blocked

**CANDI  COOPER
4203  E  50TH  TERRACE
KANSAS  CITY  MO  64130**

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2221.16 | 80.00 | 2,221.16 | 16,880.81 |
| Goal Bonus | | | | 150.00 |
| Misc Bonus | | | | 300.00 |
| P.T.O. | | | | 2,665.39 |
| P&L Bonus | | | | 62.37 |
| **Gross Pay** | | | **$2,221.16** | 20,058.57 |

Your federal taxable wages this period are
$2,179.10

**Other Benefits  and**

| Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 80.00 | |

**Important  Notes**

BASIS OF PAY: SALARY

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -135.10 | 1,220.16 |
| | Medicare Tax | -31.60 | 285.36 |
| | MO State Income Tax | -55.00 | 498.00 |
| | Kansas City Income Tax | -21.79 | 196.79 |
| | Federal Income Tax | | 144.57 |
| | **Other** | | |
| | Den Pre Tax | -12.63* | 113.67 |
| | Hospital Indem | -6.18* | 55.62 |
| | Med Pre Tax | -20.00* | 180.00 |
| | Vis Pre Tax | -3.25* | 29.25 |
| | **Net Pay** | **$1,935.61** | |
| | CHECKING | -1,935.61 | |
| | **Net Check** | **$0.00** | |

**Additional  Tax  Withholding  Information**

Taxable  Marital  Status:
　MO:　　　Single
Exemptions/Allowances:
　MO:　　　0(Head  of Household)

**\* Excluded  from federal  taxable  wages**

© 2000  ADP,  Inc.

RESTAURANT GROUP PAYROLL - MO, LLC
18803 MEISNER DR.
SAN ANTONIO, TX 78258

| | |
|---|---|
| **Advice number:** | **00000180052** |
| Pay date: | 05/02/2025 |



**THIS IS NOT A CHECK**

| Deposited  to the account  of | account  number | transit  ABA | amount |
|---|---|---|---|
| **CANDI  COOPER** | xxxxxx1718 | xxxx  xxxx | $1,935.61 |

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**®

RESTAURANT   GROUP   PAYROLL   - MO, LLC
18803   MEISNER   DR.
SAN ANTONIO,  TX 78258

| | |
|---|---|
| Period Beginning: | 04/27/2025 |
| Period Ending: | 05/10/2025 |
| Pay Date: | 05/16/2025 |

Filing Status: Single/Married   filing separately
Exemptions/Allowances:
  Federal: Tax blocked

**CANDI   COOPER**
**4203   E   50TH   TERRACE**
**KANSAS   CITY   MO   64130**

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2221.16 | 80.00 | 2,221.16 | 19,101.97 |
| Goal Bonus | | | | 150.00 |
| Misc Bonus | | | | 300.00 |
| P.T.O. | | | | 2,665.39 |
| P&L Bonus | | | | 62.37 |
| **Gross Pay** | | | **$2,221.16** | 22,279.73 |

Your federal taxable wages this period are
$2,179.10

**Other Benefits and**
| **Information** | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 80.00 | |

**Important Notes**

BASIS OF PAY: SALARY

**Additional Tax Withholding Information**

Taxable  Marital  Status:
 MO:          Single
Exemptions/Allowances:
 MO:          0(Head  of Household)

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -135.11 | 1,355.27 |
| | Medicare Tax | -31.60 | 316.96 |
| | MO State Income Tax | -55.00 | 553.00 |
| | Kansas City Income Tax | -21.79 | 218.58 |
| | Federal Income Tax | | 144.57 |
| | **Other** | | |
| | Den Pre Tax | -12.63* | 126.30 |
| | Hospital Indem | -6.18* | 61.80 |
| | Med Pre Tax | -20.00* | 200.00 |
| | Vis Pre Tax | -3.25* | 32.50 |
| | **Net Pay** | | **$1,935.60** |
| | CHECKING | -1,935.60 | |
| | **Net Check** | | **$0.00** |

**\* Excluded  from  federal  taxable  wages**

© 2000 ADP, Inc.

RESTAURANT GROUP PAYROLL - MO, LLC
18803 MEISNER DR.
SAN ANTONIO, TX 78258

| **Advice number:** | **00000200049** |
|---|---|
| Pay date: | 05/16/2025 |



| Deposited  to the account  of | account  number | transit  ABA | amount |
|---|---|---|---|
| **CANDI   COOPER** | xxxxxx1718 | xxxx  xxxx | $1,935.60 |

**NON-NEGOTIABLE**

DEY    233431   WINGST              000010000B

# Earnings Statement

**ADP**

*RESTAURANT   GROUP  PAYROLL  - MO, LLC*
*18803  MEISNER  DR.*
*SAN  ANTONIO,  TX  78258*

| | |
|---|---|
| Period Beginning: | 02/23/2025 |
| Period Ending: | 03/29/2025 |
| Pay Date: | 05/20/2025 |

Filing Status: Single/Married   filing separately
Exemptions/Allowances:
  Federal: Tax blocked

**CANDI  COOPER**
**4203  E  50TH  TERRACE**
**KANSAS  CITY  MO  64130**

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| P&L Bonus | | | 16.20 | 78.57 |
| Regular | | | | 19,101.97 |
| Goal Bonus | | | | 150.00 |
| Misc Bonus | | | | 300.00 |
| P.T.O. | | | | 2,665.39 |
| **Gross Pay** | | | **$16.20** | 22,295.93 |

### Important Notes
BASIS OF PAY: SALARY

### Additional Tax Withholding Information
Taxable Marital Status:
  MO:            Single
Exemptions/Allowances:
  MO:            0(Head of Household)

| Deductions | Statutory | | | |
|---|---|---|---|---|
| | Social Security Tax | -1.00 | | 1,356.27 |
| | Medicare Tax | -0.23 | | 317.19 |
| | MO State Income Tax | -1.00 | | 554.00 |
| | Kansas City Income Tax | -0.16 | | 218.74 |
| | Federal Income Tax | | | 144.57 |
| | **Other** | | | |
| | Den Pre Tax | | | 126.30 |
| | Hospital Indem | | | 61.80 |
| | Med Pre Tax | | | 200.00 |
| | Vis Pre Tax | | | 32.50 |
| | **Net Pay** | | | **$13.81** |
| | CHECKING | | | -13.81 |
| | **Net Check** | | | **$0.00** |

Your  federal  taxable  wages  this  period  are  $16.20

© 2000 ADP, Inc.

RESTAURANT GROUP PAYROLL - MO, LLC
18803 MEISNER DR.
SAN ANTONIO, TX 78258

| | |
|---|---|
| **Advice number:** | **00000210003** |
| Pay date: | 05/20/2025 |



| Deposited  to  the  account  of | account number | transit  ABA | amount |
|---|---|---|---|
| **CANDI  COOPER** | xxxxxx1718 | xxxx  xxxx | $13.81 |

# NON-NEGOTIABLE

**Earnings Statement**

DEY 233431 WINGST 00000220048

RESTAURANT GROUP PAYROLL - MO, LLC
18803 MEISNER DR.
SAN ANTONIO, TX 78258

| | |
|---|---|
| Period Beginning: | 05/11/2025 |
| Period Ending: | 05/24/2025 |
| Pay Date: | 05/30/2025 |

Filing Status: Single/Married filing separately
Exemptions/Allowances:
Federal: Tax blocked

**CANDI COOPER**
**4203 E 50TH TERRACE**
**KANSAS CITY MO 64130**

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2221.16 | 80.00 | 2,221.16 | 21,323.13 |
| Goal Bonus | | | | 150.00 |
| Misc Bonus | | | | 300.00 |
| P.T.O. | | | | 2,665.39 |
| P&L Bonus | | | | 78.57 |
| **Gross Pay** | | | **$2,221.16** | 24,517.09 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -137.71 | 1,493.98 |
| | Medicare Tax | -32.21 | 349.40 |
| | MO State Income Tax | -57.00 | 611.00 |
| | Kansas City Income Tax | -22.21 | 240.95 |
| | Federal Income Tax | | 144.57 |
| | **Other** | | |
| | Den Pre Tax | | 126.30 |
| | Hospital Indem | | 61.80 |
| | Med Pre Tax | | 200.00 |
| | Vis Pre Tax | | 32.50 |
| | **Net Pay** | | **$1,972.03** |
| | CHECKING | -1,972.03 | |
| | **Net Check** | | **$0.00** |

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 80.00 | |

**Important Notes**
BASIS OF PAY: SALARY

**Additional Tax Withholding Information**
Taxable Marital Status:
MO: Single
Exemptions/Allowances:
MO: 0(Head of Household)

Your federal taxable wages this period are
$2,221.16

© 2000 ADP, Inc.

RESTAURANT GROUP PAYROLL - MO, LLC
18803 MEISNER DR.
SAN ANTONIO, TX 78258

| | |
|---|---|
| **Advice number:** | **00000220048** |
| Pay date: | 05/30/2025 |



| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **CANDI COOPER** | xxxxxx1718 | xxxx xxxx | $1,972.03 |

**NON-NEGOTIABLE**

DEY    233431    WINGST              00000294005

**Earnings Statement**

**ADP**®

RESTAURANT   GROUP  PAYROLL   - MO, LLC
18803  MEISNER  DR.
SAN ANTONIO,  TX 78258

| | |
|---|---|
| Period Beginning: | 03/30/2025 |
| Period Ending: | 06/28/2025 |
| Pay Date: | 07/14/2025 |

Filing Status: Single/Married   filing separately
Exemptions/Allowances:
  Federal:  Tax blocked

**CANDI  COOPER**
**4203  E  50TH  TERRACE**
**KANSAS  CITY  MO  64130**

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Goal Bonus | | | 50.00 | 200.00 |
| Regular | | | | 25,765.45 |
| Misc Bonus | | | | 300.00 |
| P.T.O. | | | | 2,665.39 |
| P&L Bonus | | | | 143.57 |
| **Gross Pay** | | | **$50.00** | 29,074.41 |

**Important Notes**

BASIS OF PAY: SALARY

**Additional Tax Withholding Information**

Taxable  Marital  Status:
  MO:          Single
Exemptions/Allowances:
  MO:          0(Head  of Household)

| Deductions | Statutory | | this period | year to date |
|---|---|---|---|---|
| | Social Security Tax | | -3.10 | 1,771.32 |
| | Medicare Tax | | -0.72 | 414.26 |
| | MO State Income Tax | | -2.00 | 726.00 |
| | Kansas City Income Tax | | -0.50 | 285.68 |
| | Federal Income Tax | | | 144.57 |
| | **Other** | | | |
| | Den Pre Tax | | | 151.56 |
| | Hospital Indem | | | 74.16 |
| | Med Pre Tax | | | 240.00 |
| | Vis Pre Tax | | | 39.00 |
| | **Net Pay** | | | **$43.68** |
| | CHECKING | | | -43.68 |
| | **Net Check** | | | **$0.00** |

Your  federal  taxable  wages  this  period  are  $50.00

© 2000 ADP, Inc.

RESTAURANT GROUP PAYROLL - MO, LLC
18803 MEISNER DR.
SAN ANTONIO, TX 78258

| | |
|---|---|
| **Advice number:** | **00000294005** |
| Pay date: | 07/14/2025 |

THIS IS NOT A CHECK

| Deposited  to the account  of | account number | transit ABA | amount |
|---|---|---|---|
| **CANDI  COOPER** | xxxxxxxx0810 | xxxx  xxxx | $43.68 |

**NON-NEGOTIABLE**

**Earnings  Statement**

**ADP**®

RESTAURANT   GROUP  PAYROLL  - MO, LLC
18803  MEISNER  DR.
SAN  ANTONIO,  TX 78258

| | |
|---|---|
| Period  Beginning: | 05/25/2025 |
| Period  Ending: | 06/07/2025 |
| Pay  Date: | 06/13/2025 |

Filing Status: Single/Married   filing separately
Exemptions/Allowances:
  Federal: Tax blocked

**CANDI  COOPER
4203  E  50TH  TERRACE
KANSAS  CITY  MO  64130**

| Earnings | rate | salary/hours | this  period | year  to  date |
|---|---|---|---|---|
| Regular | 2221.16 | 80.00 | 2,221.16 | 23,544.29 |
| Goal Bonus | | | | 150.00 |
| Misc Bonus | | | | 300.00 |
| P.T.O. | | | | 2,665.39 |
| P&L Bonus | | | | 78.57 |
| **Gross  Pay** | | | **$2,221.16** | 26,738.25 |

Your federal taxable wages this period are
$2,179.10

**Other  Benefits  and
Information**

| | this  period | total  to  date |
|---|---|---|
| Totl Hrs Worked | 80.00 | |

**Important  Notes**

BASIS OF PAY: SALARY

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -135.11 | 1,629.09 |
| | Medicare Tax | -31.60 | 381.00 |
| | MO State Income Tax | -55.00 | 666.00 |
| | Kansas City Income Tax | -21.79 | 262.74 |
| | Federal Income Tax | | 144.57 |
| | **Other** | | |
| | Den Pre Tax | -12.63* | 138.93 |
| | Hospital Indem | -6.18* | 67.98 |
| | Med Pre Tax | -20.00* | 220.00 |
| | Vis Pre Tax | -3.25* | 35.75 |
| | **Net  Pay** | | **$1,935.60** |
| | CHECKING | -1,935.60 | |
| | **Net  Check** | | **$0.00** |

**Additional  Tax  Withholding  Information**

Taxable  Marital  Status:
 MO:           Single
Exemptions/Allowances:
 MO:           0(Head  of Household)

**\* Excluded  from  federal  taxable  wages**

© 2000  ADP,  Inc.

RESTAURANT GROUP PAYROLL - MO, LLC
18803 MEISNER DR.
SAN ANTONIO, TX 78258

| | |
|---|---|
| **Advice number:** | **00000240047** |
| Pay  date: | 06/13/2025 |

THIS IS NOT A CHECK

| Deposited  to  the  account  of | account  number | transit  ABA | amount |
|---|---|---|---|
| **CANDI  COOPER** | xxxxxx1718 | xxxx  xxxx | $1,935.60 |

**NON-NEGOTIABLE**

DEY   233431   WINGST          00000244002

# Earnings Statement

**ADP** ®

RESTAURANT   GROUP PAYROLL   - MO, LLC
18803  MEISNER  DR.
SAN ANTONIO,  TX 78258

| | |
|---|---|
| Period Beginning: | 03/30/2025 |
| Period Ending: | 04/26/2025 |
| Pay Date: | 06/13/2025 |

Filing Status: Single/Married   filing separately
Exemptions/Allowances:
  Federal: Tax blocked

**CANDI  COOPER
4203  E  50TH  TERRACE
KANSAS  CITY  MO  64130**

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| P&L Bonus | | | 45.00 | 123.57 |
| Regular | | | | 23,544.29 |
| Goal Bonus | | | | 150.00 |
| Misc Bonus | | | | 300.00 |
| P.T.O. | | | | 2,665.39 |
| **Gross Pay** | | | **$45.00** | 26,783.25 |

### Important Notes
BASIS OF PAY: SALARY

### Additional Tax Withholding Information
Taxable  Marital Status:
  MO:              Single
Exemptions/Allowances:
  MO:              0(Head  of Household)

| Deductions | Statutory | | | |
|---|---|---|---|---|
| | Social Security Tax | -2.79 | 1,631.88 | |
| | Medicare Tax | -0.65 | 381.65 | |
| | MO State Income Tax | -2.00 | 668.00 | |
| | Kansas City Income Tax | -0.45 | 263.19 | |
| | Federal Income Tax | | 144.57 | |
| | **Other** | | | |
| | Den Pre Tax | | 138.93 | |
| | Hospital Indem | | 67.98 | |
| | Med Pre Tax | | 220.00 | |
| | Vis Pre Tax | | 35.75 | |
| | **Net Pay** | **$39.11** | | |
| | CHECKING | -39.11 | | |
| | **Net Check** | **$0.00** | | |

Your  federal  taxable  wages  this  period  are  $45.00

© 2000 ADP, Inc.

RESTAURANT GROUP PAYROLL - MO, LLC
18803 MEISNER DR.
SAN ANTONIO, TX 78258

| | |
|---|---|
| **Advice number:** | **00000244002** |
| Pay date: | 06/13/2025 |



| Deposited  to the account  of | account  number | transit  ABA | amount |
|---|---|---|---|
| **CANDI  COOPER** | xxxxxx1718 | xxxx  xxxx | $39.11 |

**NON-NEGOTIABLE**

DEY    233431    WINGST        00000290003

## Earnings Statement

**ADP**®

RESTAURANT   GROUP  PAYROLL   - MO, LLC
18803  MEISNER  DR.
SAN  ANTONIO,  TX  78258

| | |
|---|---|
| Period Beginning: | 04/27/2025 |
| Period Ending: | 05/24/2025 |
| Pay Date: | 07/14/2025 |

Filing Status: Single/Married   filing separately
Exemptions/Allowances:
　Federal: Tax blocked

**CANDI  COOPER
4203  E  50TH  TERRACE
KANSAS  CITY  MO  64130**

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| P&L Bonus | | | 20.00 | 143.57 |
| Regular | | | | 25,765.45 |
| Goal Bonus | | | | 150.00 |
| Misc Bonus | | | | 300.00 |
| P.T.O. | | | | 2,665.39 |
| **Gross Pay** | | | **$20.00** | 29,024.41 |

### Important Notes
BASIS OF PAY: SALARY

### Additional Tax Withholding Information
Taxable Marital Status:
　MO:　　　　Single
Exemptions/Allowances:
　MO:　　　　0(Head of Household)

| Deductions | Statutory | | | |
|---|---|---|---|---|
| | Social Security Tax | -1.24 | 1,768.22 | |
| | Medicare Tax | -0.29 | 413.54 | |
| | MO State Income Tax | -1.00 | 724.00 | |
| | Kansas City Income Tax | -0.20 | 285.18 | |
| | Federal Income Tax | | 144.57 | |
| | **Other** | | | |
| | Den Pre Tax | | 151.56 | |
| | Hospital Indem | | 74.16 | |
| | Med Pre Tax | | 240.00 | |
| | Vis Pre Tax | | 39.00 | |
| | **Net Pay** | | **$17.27** | |
| | CHECKING | -17.27 | | |
| | **Net Check** | | **$0.00** | |

Your  federal  taxable  wages  this  period  are  $20.00

© 2000 ADP, Inc.

RESTAURANT GROUP PAYROLL - MO, LLC
18803 MEISNER DR.
SAN ANTONIO, TX 78258

| | |
|---|---|
| **Advice number:** | **00000290003** |
| Pay date: | 07/14/2025 |



**Deposited  to  the  account  of**　　　　　　　　　　　**account  number**　**transit  ABA**　　　　**amount**
**CANDI  COOPER**　　　　　　　　　　　　　　　　xxxxxxxx0810　　　xxxx  xxxx　　　　　　$17.27

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

DEY 233431 WINGST 00000280049

## Earnings Statement

**ADP**

*RESTAURANT GROUP PAYROLL - MO, LLC*
*18803 MEISNER DR.*
*SAN ANTONIO, TX 78258*

| | |
|---|---|
| Period Beginning: | 06/22/2025 |
| Period Ending: | 07/05/2025 |
| Pay Date: | 07/11/2025 |

Filing Status: Single/Married filing separately
Exemptions/Allowances:
    Federal: Tax blocked

**CANDI COOPER**
**4203 E 50TH TERRACE**
**KANSAS CITY MO 64130**

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2221.16 | 80.00 | 2,221.16 | 25,765.45 |
| Goal Bonus | | | | 150.00 |
| Misc Bonus | | | | 300.00 |
| P.T.O. | | | | 2,665.39 |
| P&L Bonus | | | | 123.57 |
| **Gross Pay** | | | **$2,221.16** | 29,004.41 |

Your federal taxable wages this period are
$2,179.10

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 80.00 | |

**Important Notes**
BASIS OF PAY: SALARY

**Additional Tax Withholding Information**

Taxable Marital Status:
  MO:             Single
Exemptions/Allowances:
  MO:             0(Head of Household)

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -135.10 | 1,766.98 |
| | Medicare Tax | -31.60 | 413.25 |
| | MO State Income Tax | -55.00 | 723.00 |
| | Kansas City Income Tax | -21.79 | 284.98 |
| | Federal Income Tax | | 144.57 |
| | **Other** | | |
| | Den Pre Tax | -12.63* | 151.56 |
| | Hospital Indem | -6.18* | 74.16 |
| | Med Pre Tax | -20.00* | 240.00 |
| | Vis Pre Tax | -3.25* | 39.00 |
| | **Net Pay** | **$1,935.61** | |
| | CHECKING | -1,935.61 | |
| | **Net Check** | **$0.00** | |

**\* Excluded from federal taxable wages**

© 2000 ADP, Inc.

RESTAURANT GROUP PAYROLL - MO, LLC
18803 MEISNER DR.
SAN ANTONIO, TX 78258

| | |
|---|---|
| **Advice number:** | **00000280049** |
| Pay date: | 07/11/2025 |

THIS IS NOT A CHECK

Deposited to the account of

| | account number | transit ABA | amount |
|---|---|---|---|
| **CANDI COOPER** | xxxxxxxx0810 | xxxx xxxx | $1,935.61 |

**NON-NEGOTIABLE**

# Earnings Statement

**ADP®**

RESTAURANT GROUP PAYROLL - MO, LLC
18803 MEISNER DR.
SAN ANTONIO, TX 78258

| | |
|---|---|
| Period Beginning: | 07/06/2025 |
| Period Ending: | 07/19/2025 |
| Pay Date: | 07/25/2025 |

Filing Status: Single/Married filing separately
Exemptions/Allowances:
Federal: Tax blocked

**CANDI COOPER
4203 E 50TH TERRACE
KANSAS CITY MO 64130**

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2221.16 | 80.00 | 2,221.16 | 27,986.61 |
| Goal Bonus | | | | 200.00 |
| Misc Bonus | | | | 300.00 |
| P.T.O. | | | | 2,665.39 |
| P&L Bonus | | | | 143.57 |
| **Gross Pay** | | | **$2,221.16** | 31,295.57 |

Your federal taxable wages this period are
$2,179.10

| **Other Benefits and Information** | **this period** | **total to date** |
|---|---|---|
| Totl Hrs Worked | 80.00 | |

**Important Notes**

BASIS OF PAY: SALARY

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -135.10 | 1,906.42 |
| | Medicare Tax | -31.60 | 445.86 |
| | MO State Income Tax | -55.00 | 781.00 |
| | Kansas City Income Tax | -21.79 | 307.47 |
| | Federal Income Tax | | 144.57 |
| | **Other** | | |
| | Den Pre Tax | -12.63* | 164.19 |
| | Hospital Indem | -6.18* | 80.34 |
| | Med Pre Tax | -20.00* | 260.00 |
| | Vis Pre Tax | -3.25* | 42.25 |
| | **Net Pay** | **$1,935.61** | |
| | CHECKING | -1,935.61 | |
| | **Net Check** | **$0.00** | |

**Additional Tax Withholding Information**

Taxable Marital Status:
MO: Single
Exemptions/Allowances:
MO: 0(Head of Household)

**\* Excluded from federal taxable wages**

© 2000 ADP, Inc.

RESTAURANT GROUP PAYROLL - MO, LLC
18803 MEISNER DR.
SAN ANTONIO, TX 78258

| | |
|---|---|
| **Advice number:** | **00000300047** |
| Pay date: | 07/25/2025 |

THIS IS NOT A CHECK

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **CANDI COOPER** | xxxxxxxx0810 | xxxx xxxx | $1,935.61 |

**NON-NEGOTIABLE**

Case 25-41790-can13  CLR'C ₃CHR. R13 1
DEY   233431  WINGST       000320051

## Earnings Statement

RESTAURANT   GROUP  PAYROLL  - MO, LLC
18803  MEISNER  DR.
SAN  ANTONIO,  TX 78258

| | |
|---|---|
| Period Beginning: | 07/20/2025 |
| Period Ending: | 08/02/2025 |
| Pay Date: | 08/08/2025 |

Filing Status: Single/Married   filing separately
Exemptions/Allowances:
  Federal: Tax blocked

**CANDI  COOPER**
**4203  E  50TH  TERRACE**
**KANSAS  CITY  MO  64130**

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2221.16 | 80.00 | 2,221.16 | 30,207.77 |
| Goal Bonus | | | | 200.00 |
| Misc Bonus | | | | 300.00 |
| P.T.O. | | | | 2,665.39 |
| P&L Bonus | | | | 143.57 |
| **Gross Pay** | | | **$2,221.16** | 33,516.73 |

Your  federal  taxable  wages  this  period  are
$2,179.10

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 80.00 | |

**Important Notes**
BASIS OF PAY: SALARY

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -135.11 | 2,041.53 |
| | Medicare Tax | -31.59 | 477.45 |
| | MO State Income Tax | -55.00 | 836.00 |
| | Kansas City Income Tax | -21.79 | 329.26 |
| | Federal Income Tax | | 144.57 |
| | **Other** | | |
| | Den Pre Tax | -12.63* | 176.82 |
| | Hospital Indem | -6.18* | 86.52 |
| | Med Pre Tax | -20.00* | 280.00 |
| | Vis Pre Tax | -3.25* | 45.50 |
| | **Net Pay** | **$1,935.61** | |
| | CHECKING | -1,935.61 | |
| | **Net Check** | **$0.00** | |

**Additional Tax Withholding Information**
Taxable  Marital  Status:
  MO:          Single
Exemptions/Allowances:
  MO:          0(Head  of Household)

**\* Excluded  from  federal  taxable  wages**

© 2000  ADP,  Inc.

RESTAURANT GROUP PAYROLL - MO, LLC
18803 MEISNER DR.
SAN ANTONIO, TX 78258

| | |
|---|---|
| **Advice number:** | **00000320051** |
| Pay date: | 08/08/2025 |

| Deposited  to the account  of | account number | transit ABA | amount |
|---|---|---|---|
| **CANDI  COOPER** | xxxxxxxx0810 | xxxx  xxxx | $1,935.61 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

DEY 233431 WINGST 00000340049

## Earnings Statement

**ADP**®

RESTAURANT GROUP PAYROLL - MO, LLC
18803 MEISNER DR.
SAN ANTONIO, TX 78258

Period Beginning: 08/03/2025
Period Ending: 08/16/2025
Pay Date: 08/22/2025

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Tax blocked

**CANDI COOPER
4203 E 50TH TERRACE
KANSAS CITY MO 64130**

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2221.16 | 80.00 | 2,221.16 | 32,428.93 |
| Goal Bonus | | | | 200.00 |
| Misc Bonus | | | | 300.00 |
| P.T.O. | | | | 2,665.39 |
| P&L Bonus | | | | 143.57 |
| **Gross Pay** | | | **$2,221.16** | 35,737.89 |

Your federal taxable wages this period are
$2,179.10

| **Other Benefits and Information** | **this period** | **total to date** |
|---|---|---|
| Totl Hrs Worked | 80.00 | |

**Important Notes**
BASIS OF PAY: SALARY

**Additional Tax Withholding Information**
Taxable Marital Status:
  MO: Single
Exemptions/Allowances:
  MO: 0(Head of Household)

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -135.10 | 2,176.63 |
| | Medicare Tax | -31.60 | 509.05 |
| | MO State Income Tax | -55.00 | 891.00 |
| | Kansas City Income Tax | -21.79 | 351.05 |
| | Federal Income Tax | | 144.57 |
| | **Other** | | |
| | Den Pre Tax | -12.63* | 189.45 |
| | Hospital Indem | -6.18* | 92.70 |
| | Med Pre Tax | -20.00* | 300.00 |
| | Vis Pre Tax | -3.25* | 48.75 |
| | **Net Pay** | **$1,935.61** | |
| | CHECKING | -1,935.61 | |
| | **Net Check** | **$0.00** | |

**\* Excluded from federal taxable wages**

© 2000 ADP, Inc.

RESTAURANT GROUP PAYROLL - MO, LLC
18803 MEISNER DR.
SAN ANTONIO, TX 78258

**Advice number:** 00000340049
Pay date: 08/22/2025


THIS IS NOT A CHECK

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **CANDI COOPER** | xxxxxxxx0810 | xxxx xxxx | $1,935.61 |

**NON-NEGOTIABLE**

DEY    233431    WINGST    00000040045

RESTAURANT   GROUP  PAYROLL   - MO, LLC
18803  MEISNER  DR.
SAN  ANTONIO,  TX 78258

# Earnings  Statement

**ADP®**

| | | |
|---|---|---|
| Period Beginning: | 08/17/2025 |
| Period Ending: | 08/30/2025 |
| Pay Date: | 09/05/2025 |

Filing Status: Single/Married   filing separately
Exemptions/Allowances:
   Federal: Tax blocked

**CANDI  COOPER
4203  E  50TH  TERRACE
KANSAS  CITY  MO  64130**

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2221.16 | 80.00 | 2,221.16 | 34,650.09 |
| Goal Bonus | | | | 200.00 |
| Misc Bonus | | | | 300.00 |
| P.T.O. | | | | 2,665.39 |
| P&L Bonus | | | | 143.57 |
| **Gross Pay** | | | **$2,221.16** | 37,959.05 |

Your federal taxable wages this period are
$2,179.10

**Other Benefits and**

| Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 80.00 | |

**Important Notes**
BASIS OF PAY: SALARY

**Additional Tax Withholding Information**
Taxable  Marital  Status:
  MO:              Single
Exemptions/Allowances:
  MO:              0(Head  of Household)

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -135.11 | 2,311.74 |
| | Medicare Tax | -31.60 | 540.65 |
| | MO State Income Tax | -55.00 | 946.00 |
| | Kansas City Income Tax | -21.79 | 372.84 |
| | Federal Income Tax | | 144.57 |
| | **Other** | | |
| | Den Pre Tax | -12.63* | 202.08 |
| | Hospital Indem | -6.18* | 98.88 |
| | Med Pre Tax | -20.00* | 320.00 |
| | Vis Pre Tax | -3.25* | 52.00 |
| | **Net Pay** | **$1,935.60** | |
| | CHECKING | -1,935.60 | |
| | **Net Check** | **$0.00** | |

**\* Excluded from federal taxable wages**

© 2000  ADP,  Inc.

RESTAURANT GROUP PAYROLL - MO, LLC
18803 MEISNER DR.
SAN ANTONIO, TX 78258

| **Advice number:** | **00000364045** |
|---|---|
| Pay date: | 09/05/2025 |



| Deposited  to the account  of | account  number | transit  ABA | amount |
|---|---|---|---|
| **CANDI  COOPER** | xxxxxxxx0810 | xxxx  xxxx | $1,935.60 |

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

RESTAURANT   GROUP  PAYROLL   - MO, LLC
18803  MEISNER  DR.
SAN  ANTONIO,  TX 78258

| | |
|---|---|
| Period Beginning: | 08/31/2025 |
| Period Ending: | 09/13/2025 |
| Pay Date: | 09/19/2025 |

Filing Status: Single/Married   filing separately
Exemptions/Allowances:
  Federal: Tax blocked

**CANDI  COOPER
4203  E  50TH  TERRACE
KANSAS  CITY  MO  64130**

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2221.16 | 80.00 | 2,221.16 | 36,871.25 |
| Goal Bonus | | | | 200.00 |
| Misc Bonus | | | | 300.00 |
| P.T.O. | | | | 2,665.39 |
| P&L Bonus | | | | 143.57 |
| **Gross Pay** | | | **$2,221.16** | 40,180.21 |

Your federal taxable wages this period are
$2,179.10

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 80.00 | |

**Important Notes**
BASIS OF PAY: SALARY

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -135.10 | 2,446.84 |
| | Medicare Tax | -31.60 | 572.25 |
| | MO State Income Tax | -55.00 | 1,001.00 |
| | Kansas City Income Tax | -21.79 | 394.63 |
| | Federal Income Tax | | 144.57 |
| | **Other** | | |
| | Den Pre Tax | -12.63* | 214.71 |
| | Hospital Indem | -6.18* | 105.06 |
| | Med Pre Tax | -20.00* | 340.00 |
| | Vis Pre Tax | -3.25* | 55.25 |
| | **Net Pay** | **$1,935.61** | |
| | CHECKING | -1,935.61 | |
| | **Net Check** | **$0.00** | |

**Additional Tax Withholding Information**
Taxable  Marital  Status:
  MO:      Single
Exemptions/Allowances:
  MO:      0(Head  of Household)

**\* Excluded from federal taxable wages**

© 2000  ADP,  Inc.

RESTAURANT GROUP PAYROLL - MO, LLC
18803 MEISNER DR.
SAN ANTONIO, TX 78258

| | |
|---|---|
| **Advice number:** | **00000380047** |
| Pay date: | 09/19/2025 |



| Deposited  to the account  of | account  number | transit  ABA | amount |
|---|---|---|---|
| **CANDI  COOPER** | xxxxxxxx0810 | xxxx  xxxx | $1,935.61 |

**NON-NEGOTIABLE**

DEY    233431   WINGST           00000400050

# Earnings Statement

**ADP**®

RESTAURANT GROUP PAYROLL - MO, LLC
18803 MEISNER DR.
SAN ANTONIO, TX 78258

| | |
|---|---|
| Period Beginning: | 09/14/2025 |
| Period Ending: | 09/27/2025 |
| Pay Date: | 10/03/2025 |

Filing Status: Single/Married filing separately
Exemptions/Allowances:
   Federal: Tax blocked

**CANDI COOPER
4203 E 50TH TERRACE
KANSAS CITY MO 64130**

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2221.16 | 80.00 | 2,221.16 | 39,092.41 |
| Goal Bonus | | | | 200.00 |
| Misc Bonus | | | | 300.00 |
| P.T.O. | | | | 2,665.39 |
| P&L Bonus | | | | 143.57 |
| **Gross Pay** | | | **$2,221.16** | 42,401.37 |

Your federal taxable wages this period are
$2,141.90

**Other Benefits and
Information**         this period         total to date
Totl Hrs Worked            80.00

**Important Notes**
BASIS OF PAY: SALARY

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -132.80 | 2,579.64 |
| | Medicare Tax | -31.05 | 603.30 |
| | MO State Income Tax | -53.00 | 1,054.00 |
| | Kansas City Income Tax | -21.42 | 416.05 |
| | Federal Income Tax | | 144.57 |
| | **Other** | | |
| | Critical Care | -37.20* | 37.20 |
| | Den Pre Tax | -12.63* | 227.34 |
| | Hospital Indem | -6.18* | 111.24 |
| | Med Pre Tax | -20.00* | 360.00 |
| | Vis Pre Tax | -3.25* | 58.50 |
| | **Net Pay** | | **$1,903.63** |
| | CHECKING | -1,903.63 | |
| | **Net Check** | | **$0.00** |

**Additional Tax Withholding Information**
Taxable Marital Status:
  MO:           Single
Exemptions/Allowances:
  MO:           0(Head of Household)

**\* Excluded from federal taxable wages**

© 2000 ADP, Inc.

RESTAURANT GROUP PAYROLL - MO, LLC
18803 MEISNER DR.
SAN ANTONIO, TX 78258

| | |
|---|---|
| **Advice number:** | **00000400050** |
| Pay date: | 10/03/2025 |



| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **CANDI COOPER** | xxxxxxxx0810 | xxxx xxxx | $1,903.63 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

DEY    233431   WINGST        00000420050

## Earnings Statement

**ADP**®

RESTAURANT   GROUP   PAYROLL   - MO, LLC
18803  MEISNER  DR.
SAN ANTONIO,  TX 78258

| | |
|---|---|
| Period Beginning: | 09/28/2025 |
| Period Ending: | 10/11/2025 |
| Pay Date: | 10/17/2025 |

Filing Status: Single/Married   filing separately
Exemptions/Allowances:
   Federal: Tax blocked

**CANDI  COOPER**
**4203  E  50TH  TERRACE**
**KANSAS  CITY  MO  64130**

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2221.16 | 80.00 | 2,221.16 | 41,313.57 |
| Goal Bonus | | | | 200.00 |
| Misc Bonus | | | | 300.00 |
| P.T.O. | | | | 2,665.39 |
| P&L Bonus | | | | 143.57 |
| **Gross Pay** | | | **$2,221.16** | 44,622.53 |

Your federal taxable wages this period are
$2,141.90

**Other Benefits  and**
| Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 80.00 | |

**Important  Notes**
BASIS OF PAY: SALARY

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -132.80 | 2,712.44 |
| | Medicare Tax | -31.06 | 634.36 |
| | MO State Income Tax | -53.00 | 1,107.00 |
| | Kansas City Income Tax | -21.42 | 437.47 |
| | Federal Income Tax | | 144.57 |
| | **Other** | | |
| | Critical Care | -37.20* | 74.40 |
| | Den Pre Tax | -12.63* | 239.97 |
| | Hospital Indem | -6.18* | 117.42 |
| | Med Pre Tax | -20.00* | 380.00 |
| | Vis Pre Tax | -3.25* | 61.75 |
| | **Net Pay** | | **$1,903.62** |
| | CHECKING | | -1,903.62 |
| | **Net Check** | | **$0.00** |

**Additional Tax Withholding Information**
Taxable  Marital  Status:
  MO:          Single
Exemptions/Allowances:
  MO:          0(Head  of Household)

* **Excluded  from  federal  taxable  wages**

© 2000  ADP,  Inc.

RESTAURANT GROUP PAYROLL - MO, LLC
18803 MEISNER DR.
SAN ANTONIO, TX 78258

| | |
|---|---|
| **Advice number:** | **00000420050** |
| Pay date: | 10/17/2025 |



**THIS IS NOT A CHECK**

| Deposited  to the account  of | account  number | transit  ABA | amount |
|---|---|---|---|
| **CANDI  COOPER** | xxxxxxxx0810 | xxxx  xxxx | $1,903.62 |

**NON-NEGOTIABLE**