**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MISSOURI**

| In re: | Case No. 25-41790-13 |
|---|---|
| Candi Nacole Cooper | Chapter 13 |
| Debtor(s) | ECF Dkt Ref No(s).      2 |

### DECLARATION OF MAILING CERTIFICATE OF SERVICE

On 10/29/2025, I did cause a copy of the following document(s), described below:

Chapter 13 Plan, ECF Dkt Ref No. 2

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of Stretto, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein. Said mailing matrix was downloaded from the Western District of Missouri Bankruptcy Court's official court matrix on 10/29/2025.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/29/2025

/s/ Jeffrey L. Wagoner
Jeffrey L. Wagoner
Bar No. 44365
WM Law, PC
15095 West 116th Street
Olathe KS 66062-0000
(913)422-0909
bankruptcy@wagonergroup.com

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MISSOURI**

In re:

    Candi Nacole Cooper

    Debtor(s)

Case No. 25-41790-13

Chapter 13

ECF Dkt Ref No(s).     2

### CERTIFICATE OF SERVICE DECLARATION OF MAILING

On 10/29/2025, I did cause a copy of the following document(s), described below:

Chapter 13 Plan, ECF Dkt Ref No. 2

were deposited for delivery by the United States Postal Service, via First Class United States Mail,  postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix  exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/29/2025

Melissa Membrino
c/o Stretto
410 Exchange Ste 100
Irvine, CA 92602
(949) 222-1212
declaration@stretto.com

I certify that on 10/29/2025, I caused a copy of the Chapter 13 Plan to be served by First Class United States Mail service, with adequate postage to ensure delivery to:

## EXHIBIT

| | | | | |
|---|---|---|---|---|
| Missouri Department of Revenue | | | General Counsel's Office | P.O. Box 475 | Jefferson City MO 65105-0475 |
| ADVANCE LOAN SOLUTIONS | | | ATTN CUSTOMER SERVICE | PO BOX 323 | CRANDON WI 54520-0323 |
| CFNA/Bridgestone Retail | | | 6275 Eastland Rd | | Brookpark OH 44142-1301 |
| Canyon Creek Apartments | | | 9355 Bales Avenue | | Kansas City MO 64132-2882 |
| Capital One | | | PO Box 31293 | | Salt Lake City UT 84131-0293 |
| CARMAX AUTO FINANCE | | | 225 CHASTAIN MEADOWS COURT SUITE 200 | | KENNESAW GA 30144-5938 |
| Community America Credit Union | | | True Home Solutions | PO Box 14908 | Lenexa KS 66285-4908 |
| Credit Bureau Services | | | Dest To Bat | | Alexandria LA 71301-6927 |
| Credit Genie | | | 3411 Silverside Rd, Ste 104 | Baynard Building | Wilmington DE 19810-4812 |
| Credit One Bank | | | PO Box 60500 | | City of Insutry CA 91716-0500 |
| Godfre Mommoh | | | 8700 Newton Ave Apt 4001 | | Kansas City MO 64138-5460 |
| Internal Revenue Service | | | PO Box 7346 | | Philadelphia PA 19101-7346 |
| Kansas Department of Revenue | | | PO Box 12005 | | Topeka KS 66612-2005 |
| LVNV FUNDING LLC | | | PO Box 1269 | | Greenville SC 29602-1269 |
| Lead Bank | | | 901 E 6th St | Unit 400 | Austin TX 78702-3241 |
| Merrick Bank | | | PO BOX 9201 | | Old Bethpage NY 11804-9001 |
| Midland Credit Management | | | 320 E Big Beaver Rd. Ste 300 | | Troy MI 48083-1271 |
| Milestone | | | Bankcard Services | PO Box 4477 | Beaverton OR 97076-4401 |
| Missouri Department of Revenue | | | PO Box 475 | | Jefferson City MO 65105-0475 |
| Missouri Dept. of Revenue | | | Insolvency Unit | PO Box 475 | Jefferson City MO 65105-0475 |
| POST LAKE LENDING INC | | | PO BOX 368 | | CRANDON WI 54520-0368 |
| Sharisha Cooper | | | 1421 E. 79th Street | | Kansas City MO 64131-1974 |
| Southwest Credit Systems | | | 4120 International Pkwy | | Carrollton TX 75007-1958 |
| Sunrise Credit Services Inc | | | 8 Corporate Center Drive | Ste 300 | Melville NY 11747-3193 |
| Surge | | | PO Box 60197 | | Carol Stream IL 60197-0000 |
| U S ATTORNEY FOR THE WESTERN DISTRICT OF | | ATTN BANKRUPTCY | 400 E 9TH ST | SUITE 5510 | KANSAS CITY MO 64106-2637 |
| CONTINENTAL FINANCE COMPANY | | | PO BOX 3220 | | BUFFALO NY 14240-3220 |
| Candi Nacole Cooper | | | 1421 E 79th St | | Kansas City MO 64131-1974 |
| Jeffrey L. Wagoner | | | W M Law | 15095 W. 116th St. | Olathe KS 66062-1098 |
| OFFICE OF THE CHAPTER 13 TRUSTEE | | | ATTN RICHARD V FINK | 2345 GRAND BLVD SUITE 1200 | KANSAS CITY MO 64108-0001 |