# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

**In re:  CANDI NACOLE COOPER**         **Chapter 13**

                                              **Case No.: 25-41790-can-13**

                 **Debtor**

**SSN XXX-XX-9526**

---

### ORDER DIRECTING EMPLOYER TO MAKE PAYMENTS TO TRUSTEE

---

PLAN PAYMENTS - CANDI NACOLE COOPER

| Due Date | Amount | Periods |
|---|---|---|
| November 28, 2025 | $536.55 monthly | Until further Order of the Court |

RESTAURANT GROUP PAYROLL - MO LLC
ATTN:  PAYROLL DEPARTMENT
18803 MEISNER DR
SAN ANTONIO, TX  78258

It is ORDERED that the herein named employer of the debtor noted above is hereby directed, until further ORDER of this Court, to deduct from the earnings of the debtor, beginning with the next payday following the receipt of said ORDER, and to pay directly for the debtor forthwith the payments listed on the schedule above to:

Richard V. Fink
Chapter 13 Trustee
P.O. Box 1839
Memphis, TN 38101-1839

It is further ORDERED that all salary, commissions and wages of the debtor, except the amount required to be withheld by the provisions of any federal or state law, or regulation on insurance, pension or union dues agreement between the employer and the debtor, or by the Order of the Court, be paid to the aforesaid debtor in accordance with the employer's usual payroll procedure, and that no deduction other than the authorized or directed deductions by this Order be made by said employer.

It is further ORDERED that the employer notify the Trustee of any termination of employment of the debtor.

You can contact the Trustee's office at (816) 842-1031.

Failure to comply with this Order may result in the debtor's plan being dismissed.

/s/ Cynthia A. Norton

October 30, 2025

Bankruptcy Judge

**NOTICE OF SERVICE**

The following parties will be served either electronically or by United States First Class Mail and a certificate of service will be filed thereafter:

DEBTOR(S)
WAGONER BANKRUPTCY GROUP (206) - ATTORNEY FOR DEBTOR(S)
RESTAURANT GROUP PAYROLL - MO LLC (759760)

/s/ Richard V. Fink, Trustee

NS      /Order - Wage - Employer - Original