Information to identify the case:

| | | | |
|---|---|---|---|
| Debtor 1: | Candi Nacole Cooper | | Social Security number or ITIN:  xxx–xx–9526 |
| | First Name   Middle Name   Last Name | | EIN:  _ _–_ _ _ _ _ _ _ |
| Debtor 2: (Spouse, if filing) | First Name   Middle Name   Last Name | | Social Security number or ITIN:  _ _ _ _ |
| | | | EIN:  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court:  Western District of Missouri | | | Date case filed for chapter:   13   10/29/25 |
| Case number:  25–41790–can13 | | | |

## Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

02/24

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Candi Nacole Cooper | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1421 E 79th St Kansas City, MO 64131 | |
| 4. | **Debtor's attorney** Name and address | Jeffrey L. Wagoner W M Law 15095 W. 116th St. Olathe, KS 66062 | Contact phone 913–422–0909 Email: bankruptcy@wagonergroup.com |
| 5. | **Bankruptcy trustee** Name and address | Richard Fink Suite 1200 2345 Grand Blvd. Kansas City, MO 64108–2663 | Contact phone 816–842–1031 Email: info@wdmo13.com |
| 6. | **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court Charles Evans Whittaker Courthouse 400 East 9th Street, Room 1510 Kansas City, MO 64106 | Hours open: 9:00 am – 4:30 pm Contact phone 816–512–1800 Date: 10/29/25 |

**For more information, see page 2**

Debtor  **Candi Nacole Cooper**                                                      Case number **25–41790–can13**

| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend.<br>Creditors may attend, but are not required to do so. | **December 9, 2025 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 832 466 1500, and Passcode 5342151354 OR, call 1 816 393 6213** |
|---|---|---|

**For additional meeting information go to https://www.justice.gov/ust/moc**

| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | ***Deadline to file a complaint to challenge dischargeability of certain debts:***<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br><br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 2/9/26** |
|---|---|---|
| | **Deadline for holders(s) of a claim secured by a security interest in the debtor(s)' principal residence (Rule 3002(c)(7)(A)):** | **Filing deadline: 1/7/26** |
| | **Deadline for all creditors to file a Proof of Claim (except governmental units and holders of a claim that is secured by a security interest in the debtor(s)' principal residence):** | **Filing deadline: 1/7/26** |
| | **Deadline for governmental units to file a Proof of Claim (except as otherwise provided in Fed. R. Bankr. P. 3002(c)(1)):** | **Filing deadline: 4/27/26** |
| | **Filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. To file a proof of claim electronically click on the ePOC link: ePOC–Electronic Proof of Claim or go to  https://www.mow.uscourts.gov/bankruptcy/creditors/epoc–ereaf–ergn<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:**  30 days after the *conclusion* of the meeting of creditors |
| **9. Objections to plan** | Objections to the confirmation must be filed within 21 days after conclusion of the 341 meeting. The Court will set a confirmation hearing only upon the filing of a timely objection to confirmation, or a response is filed to the trustee's motion to deny confirmation. The plan may be confirmed without a hearing or reviewing any evidence absent timely objections | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |

United States Bankruptcy Court

Western District of Missouri

| In re: | | Case No. 25-41790-can |
|---|---|---|
| Candi Nacole Cooper | | Chapter 13 |
| Debtor | | |

# CERTIFICATE OF NOTICE

| District/off: 0866-4 | User: adkt | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 29, 2025 | Form ID: 309I | Total Noticed: 30 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Candi Nacole Cooper, 1421 E 79th St, Kansas City, MO 64131-1974 |
| 17447440 | + | CFNA/Bridgestone Retail, 6275 Eastland Rd, Brookpark OH 44142-1301 |
| 17447437 | + | Canyon Creek Apartments, 9355 Bales Avenue, Kansas City MO 64132-2882 |
| 17447441 | | Community America Credit Union, True Home Solutions, PO Box 14908, Lenexa KS 66285-4908 |
| 17447442 | | Credit Bureau Services, Dest To Bat, Alexandria LA 71301-6927 |
| 17447445 | + | Godfre Mommoh, 8700 Newton Ave Apt 4001, Kansas City MO 64138-5460 |
| 17447446 | + | Lead Bank, 901 E 6th St, Unit 400, Austin TX 78702-3241 |
| 17447453 | + | Sharisha Cooper, 1421 E. 79th Street, Kansas City MO 64131-1974 |
| 17447456 | | Surge, PO Box 60197, Carol Stream IL 60197-0000 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: bankruptcy@wagonergroup.com | Oct 29 2025 20:46:00 | Jeffrey L. Wagoner, W M Law, 15095 W. 116th St., Olathe, KS 66062 |
| tr | | Email/Text: bncincdocs@wdmo13.com | Oct 29 2025 20:46:00 | Richard Fink, Suite 1200, 2345 Grand Blvd., Kansas City, MO 64108-2663 |
| smg | | Email/Text: ecfnotices@dor.mo.gov | Oct 29 2025 20:46:00 | Missouri Department of Revenue, General Counsel's Office, PO Box 475, Jefferson City, MO 65105-0475 |
| 17447436 | | Email/Text: customerservice@advanceloansolutions.com | Oct 29 2025 20:47:00 | Advance Loan Solutions, PO Box 323, Crandon WI 54520-0000 |
| 17447439 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Oct 29 2025 20:47:00 | Carmax Auto Finance, Attn: Bankrutpcy Department, PO Box 440609, Kennesaw GA 30160-0000 |
| 17447458 | | Email/Text: cfcbackoffice@contfinco.com | Oct 29 2025 20:47:00 | Verve Card, P.O. Box 8099, Newark DE 19714-0000 |
| 17447438 | + | EDI: CAPITALONE.COM | Oct 30 2025 00:40:00 | Capital One, PO Box 31293, Salt Lake City UT 84131-0293 |
| 17447443 | + | Email/Text: bankruptcy@creditgenie.com | Oct 29 2025 20:47:00 | Credit Genie, 3411 Silverside Rd, Ste 104, Baynard Building, Wilmington DE 19810-4812 |
| 17447444 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 29 2025 20:53:49 | Credit One Bank, PO Box 60500, City of Insutry CA 91716-0500 |
| 17447435 | | EDI: IRS.COM | Oct 30 2025 00:40:00 | Internal Revenue Service, PO Box 7346, Philadelphia PA 19101-7346 |
| 17447433 | | Email/Text: KDOR_KSBANKRUPTCY@KS.GOV | Oct 29 2025 20:47:00 | Kansas Department of Revenue, PO Box 12005, Topeka KS 66612-2005 |
| 17447447 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 29 2025 20:54:07 | LVNV FUNDING LLC, PO Box 1269, Greenville SC 29602-1269 |
| 17447448 | | Email/PDF: MerrickBKNotifications@Resurgent.com | | |

District/off: 0866-4                          User: adkt                                    Page 2 of 2
Date Rcvd: Oct 29, 2025                        Form ID: 309I                                Total Noticed: 30

| | | | Oct 29 2025 20:53:49 | Merrick Bank, PO BOX 9201, Old Bethpage NY 11804-9001 |
| 17447449 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Oct 29 2025 20:47:00 | Midland Credit Management, 320 E Big Beaver Rd. Ste 300, Troy MI 48083-1271 |
| 17447450 | + | EDI: PHINGENESIS | | |
| | | | Oct 30 2025 00:40:00 | Milestone, Bankcard Services, PO Box 4477, Beaverton OR 97076-4401 |
| 17447451 | | Email/Text: ecfnotices@dor.mo.gov | | |
| | | | Oct 29 2025 20:46:00 | Missouri Department of Revenue, PO Box 475, Jefferson City MO 65105-0475 |
| 17447434 | | Email/Text: ecfnotices@dor.mo.gov | | |
| | | | Oct 29 2025 20:46:00 | Missouri Dept. of Revenue, Insolvency Unit, PO Box 475, Jefferson City MO 65105-0475 |
| 17447452 | | Email/Text: notice@postlakelending.com | | |
| | | | Oct 29 2025 20:47:00 | Post Lake Lending, PO Box 368, Crandon WI 54520-0000 |
| 17447454 | | Email/Text: bankruptcy@sw-credit.com | | |
| | | | Oct 29 2025 20:47:00 | Southwest Credit Systems, 4120 International Pkwy, Carrollton TX 75007-1958 |
| 17447455 | + | Email/Text: bankruptcy@sunrisecreditservices.com | | |
| | | | Oct 29 2025 20:46:00 | Sunrise Credit Services Inc, 8 Corporate Center Drive, Ste 300, Melville NY 11747-3193 |
| 17447457 | | Email/Text: USAMOW.ECFBankruptcy@usdoj.gov | | |
| | | | Oct 29 2025 20:47:00 | US Attorney, 400 East 9th Street, Room 5510, Kansas City MO 64106-0000 |

TOTAL: 21

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2025                     Signature:        /s/Gustava Winters