# CERTIFICATE OF SERVICE

DEBTOR 1 NAME: CANDI NACOLE COOPER                                    CASE NUMBER: 2541790

DEBTOR 2 NAME:

I _____ Robert J Wallace, Jr. _____ certify under penalty of perjury that I have served the attached document on the below listed entities in the manner shown on __12/18/2025__ :

Via U.S. First Class Mail, or electronic service, if such interested party is an electronic filing user,
pursuant to Local Rule 2002-1, Fed. R. Bankr. P. 2002 and other applicable law.

CANDI NACOLE COOPER,1421 E 79TH ST,KANSAS CITY MO 64131
WAGONER BANKRUPTCY GROUP,15095 W 116TH ST,OLATHE KS 66062

By Electronic Transmittal :

By Fax :

I certify that I have prepared the Certificate of Service and that it is a true and correct copy to the best of my knowledge, information and belief.

Date : __12/18/2025__                    Signature : _____

Premium Graphics, Inc.
2099 Thomas Road Suite 10
Memphis, TN 38134

**OFFICE OF THE CHAPTER 13 TRUSTEE**
**Richard V. Fink, Trustee**
**2345 Grand Blvd., Ste. 1200**
**Kansas City, MO 64108-2663**
**(816) 842-1031**

December 17, 2025                                      Case No.:  25-41790-can-13

Richard V. Fink, Trustee                              CANDI NACOLE COOPER

CANDI NACOLE COOPER                                   Debtor
1421 E 79TH ST
KANSAS CITY, MO  64131

Dear CANDI NACOLE COOPER:

   This is to inform you that the trustee has requested the denial of confirmation of the Chapter 13 Plan due to failure of the Debtor(s) to file a Certificate of Service of the Chapter 13 plan within 3 days of filing per Local Rule 3083-1B(1) or (2). The Chapter 13 Plan was filed on December 12, 2025.


                              /s/ Richard V. Fink, Trustee


CC:
WAGONER BANKRUPTCY GROUP
15095 W 116TH ST
OLATHE, KS 66062


                                          LB      /Trustee - Request - Denial of Confirmation - No COS