# CERTIFICATE OF SERVICE

DEBTOR 1 NAME: CANDI NACOLE COOPER

CASE NUMBER: 2541790

DEBTOR 2 NAME:

I _____Robert J Wallace, Jr._____ certify under penalty of perjury that I have served the attached document on the below listed entities in the manner shown on ___1/16/2026___ :

Via U.S. First Class Mail, or electronic service, if such interested party is an electronic filing user, pursuant to Local Rule 2002-1, Fed. R. Bankr. P. 2002 and other applicable law.

CANDI NACOLE COOPER,1421 E 79TH ST,KANSAS CITY MO 64131
WAGONER BANKRUPTCY GROUP,15095 W 116TH ST,OLATHE KS 66062

By Electronic Transmittal :
By Fax :

I certify that I have prepared the Certificate of Service and that it is a true and correct copy to the best of my knowledge, information and belief.

Date : ___1/16/2026___      Signature : _____

Premium Graphics, Inc.
2099 Thomas Road Suite 10
Memphis, TN 38134

**OFFICE OF THE CHAPTER 13 TRUSTEE WDMO**
**Richard V. Fink, Trustee**
**2345 Grand Blvd., Ste. 1200**
**Kansas City, MO 64108-2663**
**(816) 842-1031**

January 15, 2026                                          Case No.:  25-41790-can-13

Richard V. Fink, Trustee                                 CANDI NACOLE COOPER

CANDI NACOLE COOPER                                      Debtor
1421 E 79TH ST
KANSAS CITY, MO  64131

Dear CANDI NACOLE COOPER:

    This is to inform you that the trustee has requested the denial of confirmation of the Chapter 13 Plan due to failure of the Debtor(s) to file a Certificate of Service of the Chapter 13 plan within 3 days of filing per Local Rule 3083-1B(1) or (2). The Chapter 13 Plan was filed on January 08, 2026.

<u>/s/ Richard V. Fink, Trustee</u>

CC:
WAGONER BANKRUPTCY GROUP
15095 W 116TH ST
OLATHE, KS 66062

LB      /Trustee - Request - Denial of Confirmation - No COS